AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

FILED
APR 04 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| | ) MJ-19-29-M-JCL |
| Fabjan Alameti | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 25, 2019 and April 3, 2019**, in the county of **Gallatin** in the State and District of **Montana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3); and<br>18 U.S.C. § 1001 | (1) Possession of a Firearm by Unlawful User of a Controlled Substance (Maximum penalty: 10 years imprisonment, $250,000 fine, and three years supervised release); and<br>(2) Making False Statements Involving International and Domestic Terrorism |

This criminal complaint is based on these facts:

See Attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew J. Deurmeir, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/4/2019

_____
Judge's signature

City and state: Missoula, Montana

Hon. Jeremiah C. Lynch, U.S. Magistrate Judge
Printed name and title