FD-302 (Rev. 5-8-10)


OFFICIAL RECORD

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  04/12/2019

FABJAN ALAMETI was interviewed at the Bozeman RA. Also present for the interview was Special Agent Mark Seyler. After being advised of the identities of the interviewing Agents and the nature of the interview, ALAMETI provided the following information:

*The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communication by parties in the interview were electronically recorded. The recording captures the actual words spoken. A copy of the audio recording of this interview is available and managed separately.*

Since the last time ALAMETI spoke to SA Deurmeier on March 25, ALAMETI found a job working at Jam! restaurant in Bozeman as a dishwasher. His manager allowed him to stay with her at her house until April 5th.

ALAMETI admitted to smoking marijuana approximately every two days or so. He does not take any other drugs. The last time he smoked marijuana was earlier that day before his work shift.

ALAMETI stated that it was his idea to go to the firing range. He stated he has never touched a firearm before. ALAMETI did not want to fire a pistol and wanted to shoot something larger.

ALAMETI provided verbal and written consent to a search of his iPhone 6s cell phone.

ALAMETI was shown copies of Google searches from the download of his cell phone the previous week. The interviewing agents asked him about why he searched such topics as "tactical knives for sale", "ISIS jihadology", "ISIS live maps", "liveleaks" of attacks on soldiers and police officers, "federal building", "Holland Tunnel", "car bomb", "VBIED", and "Anwar Awlaki". ALAMETI did not have an explanation other than he liked to google random topics. ALAMETI admitted to watching ISIS videos since his interview with law enforcement the previous week to include earlier that day.

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 04/03/2019 at Bozeman, Montana, United States (In Person) | |
| File # | 415F-SU-2195161 | Date drafted 04/10/2019 |
| by | Matthew J. Deurmeier, Mark D. Seyler | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT 1

001

UNCLASSIFIED//FOUO

415F-SU-2195161

(U//FOUO) Custodial Interview of Fabjan
Continuation of FD-302 of Alameti _____ , On 04/03/2019 , Page 2 of 4

ALAMETI stated he did not have any desire to target Americans in the U.S. nor does he have any desire to target Americans overseas. ALAMETI stated he has no desire to travel overseas and does not have a passport. ALAMETI initially stated he never wanted to travel overseas to fight for ISIS and that he only wanted to travel to visit his country Albania but nowhere else. ALAMETI initially stated he had not spoken to anyone about going overseas and fighting for ISIS. ALAMETI stated his main interest at that time was making money.

ALAMETI identified Enea Brace as a friend from Albania. When asked the reason for his communications with Brace over Facebook within the past several months, ALAMETI stated, "I asked him if he wanted to go over and fight for ISIS". ALAMETI stated that Brace claimed he was in jail at the time of the communications.

ALAMETI claimed it was his own idea to go overseas and fight for ISIS. ALAMETI stated the reason he wanted to fight with ISIS overseas was because he did not want to live anymore and wanted to die as a martyr. ALAMETI claimed his parents were fighting during this time period.

ALAMETI told his uncle in January 2018 via Facebook that he was going to fight for ISIS but ALAMETI did not recall his uncle's response. ALAMETI set up several gofundme accounts during 2018 which he set up to use for everyday expenses but not to travel overseas. He set up the accounts to make them sound legitimate. ALAMETI stated that if he had tried to get the money to travel overseas to fight for ISIS, he probably would have stolen it.

ALAMETI admitted to stating in December 2017 that he wanted to travel to Al Arish, Egypt. ALAMETI admitted to posting on Facebook in January 2018, "I come to Arish to join ISIS". ALAMETI stated he said that just to say it. ALAMETI admitted to watching ISIS video since they first came out.

ALAMETI used the Telegram messaging platform to communicate. He is aware the platform is deemed safe where one cannot be tracked. ALAMETI found out about Telegram from the website "jihadology".

ALAMETI identified his contact on Telegram as "Abu Mohammed al Maqdisi" (al Maqdisi). ALAMETI has known him since January 2019 where he met him on Facebook and then spoke to him exclusively on Telegram. ALAMETI never met him in person. Al Maqdisi stated he lived in Jordan and supported ISIS. Al Maqdisi wanted ALAMETI to join him in Jordan and that they would travel to Syria to fight for ISIS. ALAMETI told Brace via Facebook that al Maqdisi would facilitate their travel into Syria with al Maqdisi paying for Brace's plane ticket and half of ALAMETI's ticket. ALAMETI looked at

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

415F-SU-2195161

(U//FOUO) Custodial Interview of Fabjan

Continuation of FD-302 of Alameti ,On 04/03/2019 ,Page 3 of 4

airplane tickets and looked at traveling from New York to Albania to pick up Brace and then they would fly together to Jordan. ALAMETI was told by Al Maqdisi that he lived two hours from Syria. ALAMETI told Brace that upon arrival in Syria, they would go to training camps where they would learn how to use weapons and make explosives.

Other than al Maqdisi, ALAMETI was not in contact with anyone else from ISIS. He referred any messages from al Maqdisi regarding travel plans and logistics to Brace. Al Maqdisi was the only person that ALAMETI spoke to using Telegram. ALAMETI deleted his Telegram account while he stayed at the Bozeman Inn once he arrived in Montana.

During the time he looked at traveling to Syria, ALAMETI worked at the Javits Center. He was unable to put any money aside and stole $100 from his job. ALAMETI used the money on marijuana and did not use it fund travel overseas. ALAMETI stated he did not go through with the travel because he did not have money and because he became suspicious of Al Maqdisi believing him to be with the FBI.

Before leaving New York to travel to Montana, ALAMETI talked with al Maqdisi about targeting people in the U.S. and identified potential targets as gay night clubs, a federal building, and an army recruitment center. ALAMETI admitted talking to al Maqdisi about explosions and blast radiuses. ALAMETI admitted to viewing a PDF file online named "Abu Kattab - the exploding course". ALAMETI sent al Maqdisi the web link on how to access the file.

ALAMETI admitted to making comments to al Maqdisi such as "When will the time come for us to hunt them down., I will stand over them while I pierce their bodies with hollow tips. Inshallah we take as many kuffars with us. For the brothers who died and the kids and women". ALAMETI stated he asked al Maqdisi if he needed to buy supplies for his travel to fight for ISIS. Al Maqdisi told ALAMETI that ISIS would have what he needed therefore ALAMETI did not purchase any supplies nor did he send any money overseas.

ALAMETI stated he left New York because he wanted to get away from his parents. He looked at potential destinations such as Salt Lake City and Helena. ALAMETI stated he did not travel west with the intention to harm anyone.

In March 2019, ALAMETI took a sixty-one hour bus ride from New York to Bozeman. While en route, he was made aware of the New Zealand mosque shooting. Al Maqdisi sent him a video link that showed the live-streaming footage of the shooting. ALAMETI thought the shooting was sick and stated he wanted to do something like what the shooter did, stating "shoot people

FD-302a'(Rev. 05-08-10)

UNCLASSIFIED//FOUO

415F-SU-2195161

Continuation of FD-302 of (U//FOUO) Custodial Interview of Fabjan Alameti , On 04/03/2019 , Page 4 of 4

or something". ALAMETI admitted to stating "But I will attack random people to avenge the blood" and "I'm going to Montana and gonna buy a gun since all they need is a background check and ID". When asked what made him change from wanting to die a martyr's death fighting for ISIS to shooting people in the U.S., ALAMETI replied "that video". ALAMETI stated he does not have those feelings anymore.

ALAMETI believes having the respect of the Muslims that support ISIS is important to him. He somewhat looks down upon Muslims that condemn ISIS attacks. Regarding planning, traveling overseas or conducting attacks in the U.S., he only spoke about those topics with al Maqdisi. ALAMETI stated he wanted to do that activity with someone else and did not want to plan or target anything by himself.

ALAMETI stated that he was viewing ISIS videos earlier that afternoon in the Bozeman Public Library approximately ten minutes before his friend picked him up drive to the shooting range. ALAMETI stated "If I was in your shoes, I'd look like a fucking terrorist."

ALAMETI stated that he "smokes weed and watches crazy things" but that he has not done anything yet. ALAMETI claimed to be angry in the moment after watching the mosque shooting video but stated he would not act out.

ALAMETI stated that someone at work told him that marijuana is a schedule one substance while he was smoking marijuana earlier that day. Since arriving in Bozeman on March 17, ALAMETI has purchased marijuana from "Alex", "Kurt", and "Jerry".

At the conclusion of the interview, SAs Deurmeier and Seyler transported ALAMETI to the Gallatin County Detention Center for the night.

UNCLASSIFIED//FOUO
004