

1039




GOVERNMENT EXHIBIT 2

 

Call lasted 46 seconds.
Abu Yacub was crying and didn't say anything. Besides "you are making me suspicious"
I said "brother calm down I am forced to do this, I have to go fight. I would never let you down, I will always remember you. calm down and don't do anything bad or stupid. the prophet Mohammad said to wait in the Hadith // ( i dont know what Hadith, I was so confused And agitated I made that up ). // I will not disappear I will contact you later but at the moment I cant. I am worried, and I have to leave. My friend will be able to help if you dont hear from me in the near future.
//
I called him because I had a reason to believe he was going to do something, I was about to call 911 had the FBI not answered my calls. he made it ambiguous, just said he'll do what he wanted to do and go To Jannah.  I called to deescalate the situation.

Abu yacub made two short Recordings "I just want to tell you that I love you, I hope to meet you in Janna"

    

call 911 had the FBI not answered my calls. he made it ambiguous, just said he'll do what he wanted to do and go To Jannah.  I called to deescalate the situation.

Abu yacub made two short Recordings "I just want to tell you that I love you, I hope to meet you in Janna"
Second recording " i will meet you in Janna inshala brother"

My recording "plz answer"
"Just allow me one minute"

        

1042





















1048






1050

in video one, I wrote to him if he had ▇▇▇ the news about the mosque shooting. ( I wanted a reason to send him abu malik contact)
he said no what shooting? send me link.
I sent him a link, he did not open it, and it was gone due to self-destruct timer.
three hours later I asked him if he watched it, he said "I fell asleep and could not watch it."


