SU-2195161
E-Doc ID 968156    UNCLASSIFIED // FOR OFFICIAL USE ONLY



Pg. 623

Photo Id:
337879803486937

Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:35:01 UTC
Body  I have been connected with a guy from Iraq, who lives in Jordan for the moment and I have talked to this guy about going to fight and he sent me the money from Iraq.

Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:33:35 UTC
Body  I don't use it!

Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:33:33 UTC


GOVERNMENT EXHIBIT 3

SU-2195161
E-Doc ID 968156    UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Body** —were sent to me by him.

**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:35:25 UTC

**Body** Visa card with money.

**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:35:19 UTC

**Body** You sent a photo.
**Attachments** image-337879803486937 (337879803486937)
**Type** image/jpeg
**Size** 31615
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=337879803486937&mid=mid.%24cAAAAC3vNY1luzTzXClom_eLvlFm6&uid=100023643344501&accid=100023643344501&preview=0&hash=AQCxLEKKCmHpSRO4GlPb5Cfs-TPGEWkHrj0ysgHrl1c62g

**Pg. 622**

SU-2195161
E-Doc ID 968156    UNCLASSIFIED // FOR OFFICIAL USE ONLY

Pg. 621

Body    There is no work in Albania, otherwise I would be living there.

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:39:07 UTC

Body    Connect me with him and let's go together.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:39:03 UTC

Body    I have a problem myself, it seems, I don't go out, I don't deal with friends, and girlfriends, I don't like America.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:38:19 UTC

Body    I don't know but I have been thinking that I don't have a life in America.

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:36:18 UTC

Body ?

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:36:16 UTC

Body    Are you leaving?

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:35:38 UTC

Body    40 thousand Lek.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:35:29 UTC

SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:40:48 UTC

**Body**   The more you will live here, the harder it will be for the other world.

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:40:45 UTC

**Body**   We two only should know about this thing.

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:40:16 UTC

**Body**   This life we are living is a lie.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:40:12 UTC

**Body**   The <u>Taghut</u>[deviant] in Albania is a big <u>kafir</u> [nonbeliever.]

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:39:54 UTC

**Body**   Let's go together.

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:39:42 UTC

**Body**   For Allah's sake.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:39:32 UTC

**Body**   Do you really mean it?

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:39:19 UTC

SU-2195161
E-Doc ID 968156        UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Body** Good job, brother.


**Pg. 620**
**Author** Enea Brace (100003657182508)
Sent 2019-01-29 23:41:29 UTC
**Body** I am a Muslim.


**Author** Enea Brace (100003657182508)
Sent 2019-01-29 23:41:21 UTC
**Body** I read the Koran every day.


**Author** Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:41:12 UTC
**Body** And he [IL]


**Author** Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:41:05 UTC
**Body** He has lived in America.


**Author** Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:41:01 UTC
**Body** Yes.


**Author** Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:40:58 UTC
**Body** No, nobody else.


**Author** Enea Brace (100003657182508)
Sent 2019-01-29 23:40:57 UTC
**Body** Is he a Muslim?

SU-2195161
E-Doc ID 968156      UNCLASSIFIED // FOR OFFICIAL USE ONLY

Sent 2019-01-29 23:43:43 UTC

Body    Talk to him and let's go.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:43:26 UTC

Body    Good job brother. If you really want, I may talk with my friend.


Author Enea Brace (100003657182508)

Sent 2019-01-29 23:43:25 UTC

Body    Let's connect us with him and let's go together.


Author Enea Brace (100003657182508)

Sent 2019-01-29 23:42:49 UTC

Body    Enea sent a photo.

Attachments image-381669139285497 (381669139285497)

Type image/jpeg

Size 2472

URL https://attachment.fbsbx.com/messaging_attach
ment.php?aid=381669139285497&mid=mid.%2
4cAAAAC3vNY1luzUO4dVom_5vQWCmW&uid=1
00023643344501&accid=100023643344501&pr
eview=0&hash=AQBmRtQoEVhXD0ZM74hSrk3i
Qvmi4cFVMXSrJ6h22PPD4Q

Photo Id: 381669139285497


Author Enea Brace (100003657182508)

Sent 2019-01-29 23:41:49 UTC

Body    I have the Koran here close to my head.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:41:29 UTC

SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:45:06 UTC

**Body**   Where are they fighting, Iran?

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:44:43 UTC

**Body**   I know.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:44:37 UTC

**Body**   We shall go together.

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:44:28 UTC

**Body**   But let's go together.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:44:19 UTC

**Body**   With Allah's permission, <u>glory to Allah.</u>

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:44:18 UTC

**Body**   To tell the truth, my economy is zero.

Pg. 619

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:43:49 UTC

**Body**   He can pay for your travel!

**Author** Enea Brace (100003657182508)

SU-2195161
E-Doc ID 968156   UNCLASSIFIED // FOR OFFICIAL USE ONLY

pg. 618

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:46:35 UTC

**Body** I understand.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:46:23 UTC

**Body** There is no problem about the money and the food, but where we are going to sleep.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:46:05 UTC

**Body** The people--

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:45:59 UTC

**Body** He knows the people who have houses.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:45:51 UTC

**Body** He has money!

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:45:42 UTC

**Body** This person lives in Iraq, but he is in Jordan for the moment, and when I'll go there, we are going to go together to Iraq.

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:45:12 UTC

**Body** ?

SU-2195161
E-Doc ID 968156   UNCLASSIFIED // FOR OFFICIAL USE ONLY



SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

URL https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1898872166889822&mid=mid.%
24cAAAAC3vNY1luzUcrvFonAHgv3Y21&uid=100
023643344501&accid=100023643344501&prev
iew=0&hash=AQBVQBRrl64xhlnlto0KwZ0jk-
RBdEiMChIeWstYKjLhyA


Pg. 618

SU-2195161
E-Doc ID 968156    UNCLASSIFIED // FOR OFFICIAL USE ONLY

Pg. 616

Sent

2019-01-29 23:48:15 UTC

Body    We had a plan for July.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:47:59 UTC

Body    Brother, I don't want to go to Gramsh, but I am going to change the plane and to give the money to your brother.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:46:49 UTC

Body    1000 km

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:46:49 UTC

Body    But when can you go there?

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:46:40 UTC

Body    The travel is this long.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:46:36 UTC

Body You sent a photo.

Attachments image-1898872166889822 (1898872166889822)

Type image/jpeg

Size 80909

SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

Pg. 615

351511092103016

Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:48:48 UTC
Body You sent a photo.
Attachments image-386144421948708 (386144421948708)
Type image/jpeg
Size 91614
URL https://attachment.fbsbx.com/messaging_attachment.php?aid=386144421948708&mid=mid.%24cAAAAC3vNY1luzUkxXFonAPkIYNsP&uid=100023643344501&accid=100023643344501&preview=0&hash=AQDL1psz6l8z5nOaUP1PpuvUSsk4ilAMKxgMWCvW6MUTGQ



43

SU-2195161
E-Doc ID 968156    UNCLASSIFIED // FOR OFFICIAL USE ONLY



Facebook Business Record — Page 614

1204

SU-2195161
E-Doc ID 968156      UNCLASSIFIED // FOR OFFICIAL USE ONLY

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:49:51 UTC

Body   If that guy will not give you the money, I'll come to Gransh and buy the ticket for you.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:49:05 UTC

Body   --to go to the place where that brother lives.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:48:49 UTC

Body You sent a photo.
Attachments image-351511092103016 (351511092103016)
Type image/jpeg
Size 51784
URL https://attachment.fbsbx.com/messaging_attachment.php?aid=351511092103016&mid=mid.%24cAAAAC3vNY1luzUk1G1onAPqnk6gT&uid=100023643344501&accid=100023643344501&preview=0&hash=AQDnfSdFjS2vwj7ShwdfHBr-Dt5wW5mEHXwglfTkBnbBAg

Pg 614

SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:51:32 UTC

**Body**   Look, we are leaving.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:51:26 UTC

**Body**   He is with three other guys.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:51:02 UTC

**Body**   Directly Albania, Turkey, and Turkey-Jordan.

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:50:31 UTC

**Body**   Not via Greece?

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:50:19 UTC

**Body** ?

**Author** Enea Brace (100003657182508

Pg 613

**Sent**
2019-01-29 23:50:15 UTC

**Body**   How can you go there, which way?

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:49:51 UTC

**Body**   What are we going to do to go there?

SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

Sent 2019-01-29 23:54:01 UTC

Body    There is no border.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:53:56 UTC

Body    We are going to stay there for two weeks until we find a vehicle. From the place where the guy lives, Syria is two hours away.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:53:06 UTC

Body    From Jordan.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:52:52 UTC

Body    1.30 hour from Turkey.

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:52:38 UTC

Body    Then we two will go too.

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:52:13 UTC

Body ?

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:52:10 UTC

Body    How far is Jordan from Turkey?

Author Enea Brace (100003657182508)

Sent 2019-01-29 23:51:34 UTC

Body    Oh, it is easy to go to Turkey.

SU-2195161
E-Doc ID 968156      UNCLASSIFIED // FOR OFFICIAL USE ONLY

Sent 2019-01-29 23:54:58 UTC

Body   We need to have some money.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:54:50 UTC

Body   I will work here twice more to make also the money for you.


Author Enea Brace (100003657182508)

Sent 2019-01-29 23:54:44 UTC

Body   Yes, we need money.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:54:27 UTC

Body   Don't do that.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:54:21 UTC

Body   No.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-29 23:54:12 UTC

Body   The ISIS people have [IL] it.


Pg 612


Author Enea Brace (100003657182508)

Sent  2019-01-29 23:54:06 UTC

Body   But we need some money with us because I have to make some money to have it when I'll go out.


Author Lëavë Më Alônë (100023643344501)

SU-2195161
E-Doc ID 968156      UNCLASSIFIED // FOR OFFICIAL USE ONLY

Body    To go and never come back.


Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:58:03 UTC
Body    Glory to Allah, all the thanks belong to Allah.


Author Enea Brace (100003657182508)
Sent 2019-01-29 23:57:32 UTC
Body    I am Albanian.


Author Enea Brace (100003657182508)
Sent 2019-01-29 23:57:23 UTC
Body    For real, I never lie and I keep the promise. If I say you are my brother, I do everything for you.

Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:56:58 UTC
Body    My plan is not to come back.


Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:56:20 UTC
Body    When I come.


Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:56:17 UTC
Body    Are you serious? I swear on my family, I will buy you a ticket from Tirana.


Author Lëavë Më Alônë (100023643344501)
Sent 2019-01-29 23:55:22 UTC
Body    It is not a lot of money, until we go in and be safe.


Author Enea Brace (100003657182508)

SU-2195161
E-Doc ID 968156        UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:59:54 UTC

**Body  Yes.**

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:59:18 UTC

**Body   Listen to these <u>Neshida</u> [Islamic songs] because they move the devil away and make you think about good things--**

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-29 23:58:48 UTC

**Body There is no other God, but Allah.**

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:58:31 UTC

**Body   --for the moment.**

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:58:26 UTC

**Body    Brother.**

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-29 23:58:24 UTC

**Body    Allah willing.**

Pg 611

**Author**
Enea Brace (100003657182508)
**Sent** 2019-01-29 23:58:07 UTC