SU-2195161
E-Doc ID 968156      UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Sent** 2019-01-30 00:12:10 UTC

**Body**   Yes, I have.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-30 00:11:54 UTC

**Body**   You?


**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-30 00:11:48 UTC

**Body**   Do you have a passport?


**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-30 00:11:04 UTC

**Body You:** ☐

**Attachments** sticker (369239263222822)

**Type** image/png

**Size** 0

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24cAAAAC3vNY1luzV2UNVonBhLy_VDt&uid=100023643344501&accid=100023643344501&preview=0&hash=AQAZHtdRCLI8NdwhdfERgtemoG6D6Tk3jSsHjKLMfMG0zw

**Photo Id:** 369239263222822


**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-30 00:10:58 UTC


Pg. 606


**Body**   Of course brother. Don't worry at all.

GOVERNMENT EXHIBIT 4

SU-2195161
E-Doc ID 968156      UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Body**   The part of Turkey where Istanbul is located is considered Europe.

**Author** Enea Brace (100003657182508)

Sent 2019-01-30 00:12:47 UTC

**Body**   We can go very easily to Europe.


**Author** Enea Brace (100003657182508)

Sent 2019-01-30 00:12:28 UTC

**Body**   I can travel freely to Europe without a problem.


**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:12:19 UTC

**Body**   Beautiful.


**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:12:12 UTC

**Pg. 605**
**Body**
You: ☐

**Attachments** sticker (369239263222822)

**Type** image/png

**Size** 0

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24cAAAAC3vNY1luzV6fCFonBlWmkpaf&uid=100023643344501&accid=100023643344501&preview=0&hash=AQAzMHg44r6b6wL2looh4PyzS114P51UXymZdbDdpx1Lhw

**Photo Id:** 369239263222822


**Author** Enea Brace (100003657182508)

SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:15:15 UTC

Body     Without a problem.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:15:11 UTC

Body    Brother, I read now that it is possible to fly to Jordan with Albanian passport.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:14:44 UTC

Body    Because we have to have it, because you never know.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:14:26 UTC

Body    The passport is not an issue, but I am going to see if I make some money when I'll be released from jail.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:13:40 UTC

Body    It is very easy to go to Istanbul.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:13:12 UTC

Body    Rinas, Ankara.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:13:04 UTC

Body    Well.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:12:55 UTC

SU-2195161
E-Doc ID 968156     UNCLASSIFIED // FOR OFFICIAL USE ONLY

Body    How much money may we need to have with us?

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:17:24 UTC

Body    Because if I use the Albanian documents, they are going to stamp my passport when I'll go to Iraq.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:17:08 UTC

Body    I am allowed to stay 90 days.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:16:40 UTC

Body    Then we buy the tickets and go to Istanbul and then to Jordan.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:16:38 UTC

Body    If you can stay in Jordan for 90 days, we go within the month by van.

Pg. 604

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:16:03 UTC

Body    While talking to you, I am reading it.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:15:42 UTC

Body    Yes.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:15:38 UTC

Body    I may go there too.

SU-2195161
E-Doc ID 968156    UNCLASSIFIED // FOR OFFICIAL USE ONLY

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:18:33 UTC

Body    But when we shall go there, we shall need money.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:18:31 UTC

Body    I am going to take money.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:18:23 UTC

Body    Don't worry.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:18:16 UTC

Body    That guy told me that I have to have 1000-1500 lek.


Author Enea Brace (100003657182508)

Sent 2019-01-30 00:17:56 UTC

Body    Very good.


Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:17:39 UTC

Body    This is why we shall go by car.


Author Enea Brace (100003657182508)

Sent 2019-01-30 00:17:30 UTC

Body    ?


Author Enea Brace (100003657182508)

Sent 2019-01-30 00:17:28 UTC

SU-2195161
E-Doc ID 968156    UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Body**    From there we will go to physical training camps.

**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:22:45 UTC

**Body**    From there we meet the other brothers in Iraq.

**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:22:27 UTC

**Body**    When we are going to be to Jordan, I am going to call that guy and another brother and him will take us and we shall go to his house. Moreover, there are three, and up to eight other people that will go, but I, you and he and three others will go first, after two weeks there, will shall go by vans through the border and we shall pass on the other side for sure.

**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:19:47 UTC

**Body**    I am explaining you everything.

**Author** Enea Brace (100003657182508)

Sent 2019-01-30 00:19:27 UTC

**Body**    How is it going to function when we shall be there.

**Author** Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:19:16 UTC

**Body**    We are going to have money but we have to go to him and then we shall have [IL]

**Pg. 603**
**Author**
Lëavë Më Alônë (100023643344501)
Sent 2019-01-30 00:18:42 UTC
**Body**    No problem.

SU-2195161
E-Doc ID 968156      UNCLASSIFIED // FOR OFFICIAL USE ONLY

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:25:23 UTC

Body    Put your trust to Allah.

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:25:12 UTC

Body    Don't worry. We are going to live there together like human beings and there will be deeds for us.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:24:49 UTC

Body    Do you understand?

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:24:43 UTC

Body    And Allah is going to make it easy.

Author Enea Brace (100003657182508)

Sent 2019-01-30 00:24:43 UTC

Body    Okay, after all these where are we going to eat over there?

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:23:40 UTC

Body    How to make explosives!

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:23:19 UTC

Body    Or how to use weapons!

Author Lëavë Më Alônë (100023643344501)

Sent 2019-01-30 00:23:10 UTC

SU-2195161
E-Doc ID 968156        UNCLASSIFIED // FOR OFFICIAL USE ONLY

**Type** video/mp4

**Size** 11760466

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=352509445590351&mid=mid.%24cAAAAC3vNY1luzWxPFFonCcESlDc_&uid=100023643344501&accid=100023643344501&preview=0&hash=AQCgUFcSuC3yR5HeCKfA3mFtMpMb65y6Gp8NvHSFNAMpAA

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-30 00:26:55 UTC

**Body**   Look at this.

**Author** Enea Brace (100003657182508)

**Sent** 2019-01-30 00:26:53 UTC

**Body**   Ok.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-30 00:26:20 UTC

**Body**   And every time we are going to go with an operation against the gangs of the nonbelievers.

**Author** Lëavë Më Alônë (100023643344501)

**Sent** 2019-01-30 00:25:45 UTC

**Body**   We are going to be safe.

**Author** Lëavë Më Alônë (100023643344501)

**Pg. 602**

**Sent** 2019-01-30 00:25:36 UTC

**Body**   Where are people in Iraq?