JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, MT 59802
Phone: (406) 721-6749
Fax:   (406) 721-7751
Email:  john_rhodes@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-13-BU-DLC |
| Plaintiff, | |
| vs. | **MOTION TO CHANGE PLEA** |
| FABJAN ALAMETI, | |
| Defendant. | |

FABJAN ALAMETI ("Mr. Alameti"), the above-named Defendant, by and through his counsel of record, JOHN RHODES and the FEDERAL DEFENDERS OF MONTANA, hereby moves this Court to allow him to enter to Count I and Count III of the indictment in this case. Both counts charge making a false statement to a federal officer in a matter involving terrorism, in violation of 18 U.S.C. § 1001.

A fully executed Plea Agreement will be filed under separate cover with no requirement to seal.

Government counsel has been notified of the filing of this motion.

Dated this 22nd day of August, 2019.

                                             FABJAN ALAMETI

By:   */s/ John Rhodes*
       JOHN RHODES
       Assistant Federal Defender
       Federal Defenders of Montana
         Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 4 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| 3 | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   Assistant United States Attorney
   Counsel for the United States of America

3. DEREK HART
   United States Probation Office

4. FABJAN ALAMETI
   Defendant

By: /s/ John Rhodes
JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant