IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| FABJAN ALAMETI, | |
| Defendant. | |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on August 28, 2019. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended this Court accept Fabjan Alameti's guilty plea after Alameti appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to two counts of making a false statement to a

1

federal officer in a matter involving terrorism in violation of 18 U.S.C. § 1001 (Counts I and III), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts II and IV of the Indictment.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 38), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Fabjan Alameti's motion to change plea (Doc. 30) is GRANTED and Fabjan Alameti is adjudged guilty as charged in the Indictment.

DATED this 16th day of September, 2019.

Dana L. Christensen, Chief District Judge
United States District Court