**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT  59403
119 First Ave. North, Suite 300
Great Falls, MT  59403
Phone:   (406) 761-7715
FAX:      (406) 453-9973
E-mail:   Jeff.Starnes@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. FABJAN ALAMETI Defendant. | CR 19-13-BU-DLC  NOTICE OF SENTENCING WITNESSES |
|---|---|

The United States hereby notifies the Court and defense counsel that it may call the following witnesses to testify at the sentencing hearing in the above case:

1. Special Agent Matthew Deurmeier, FBI;

2. Criminal Investigator Terry Leonard, Montana Department of Corrections

1

Special Agent Deurmeier is the case agent. If called as a witness, it is anticipated that he will discuss various aspects of the investigation, including his interview with an inmate who alleged that Alameti was discussing ways to get guns and/or explosives.

Investigator Leonard is assigned to the Crossroads Correctional Center in Shelby. If called as a witness, it is anticipated that he will discuss the items found in Alameti's cell during the November 22 sweep.

DATED this 4th day of December 2019.

KURT G. ALME
United States Attorney

/s/ Jeffrey K. Starnes
JEFFREY K. STARNES
Assistant U.S. Attorney
Attorney for Plaintiff