

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| FABJAN ALAMETI, | |
| Defendant. | |

The Court is considering the following special condition of supervised release, which was not contained in the Presentence Investigation Report:

> The defendant shall cooperate with the United States Probation Office's Computer and Internet Management ("CIMP") program. Cooperation shall include, but not be limited to, identifying computer systems, Internet capable devices, and/or similar electronic devices the defendant has access to, and allowing the installation of monitoring software/hardware on said devices, at the defendant's expense. The defendant shall inform all parties that access a monitored computer, or similar electronic device, that the device is subject to search and monitoring. The defendant may be limited to possessing only one personal Internet capable device, to facilitate the United States Probation Office's ability to effectively monitor his/her Internet related activities. The defendant shall also permit random examinations of said computer systems, Internet capable devices, and similar electronic devices, and related computer peripherals, such as CD's, under his control.[1]

---

[1] This is the special condition language adopted by the Southern District of New York's Cybercrime Policy and Procedure Manual. The Court is aware of the likelihood that Defendant Alameti will return to the Bronx, New York after he serves his term(s) of incarceration.

1

The Court provides the parties notice of its consideration prior to sentencing in the event that it raises objections. Accordingly, IT IS ORDERED that the parties raise any objections to this additional special condition at the sentencing hearing in this matter, scheduled for December 13, 2019.

DATED this 12th day of December, 2019.

Dana L. Christensen, Chief Judge
United States District Court