ISLAMIC CREED SERIES • 3

# THE WORLD OF THE JINN & DEVILS

In the Light of the Qur'an and Sunnah

عالم الجن والشياطين

Dr. 'Umar S. al-Ashqar



الدار العالمية للكتاب الإسلامي

4957

GOVERNMENT EXHIBIT
1
CARDELS 800-783-0399

**NOTES**

All praise is due to Allah and may the peace and Blessings be upon His prophet mohammed (sal allahu alayhim wa salem)

- may the Islamic state of IRaq and syria live on. - may the word of Allah be the Highest and The word of the disbeliver be The Lowest

بسم الله الرحمن

اكبر الاسلامية

لا
Turn To Allah
Before you Return
To Allah

Death To Americ
Death To isReal
       Allahu Akbar
ISIS
  will Remain
weather The filthy Disbelivers
   fight it or not

GOVERNMENT EXHIBIT 2



GOVERNMENT EXHIBIT 3



GOVERNMENT EXHIBIT 4

Graffiti on wall: "FUCK THE FEDS", "WEED", "FUCK", and a swastika symbol.

GOVERNMENT EXHIBIT 5




GOVERNMENT
EXHIBIT
6





GOVERNMENT EXHIBIT 8